04-15-00821-CV

ACCEPTED
04-15-00821-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/28/2015 11:38:36 AM
KEITH HOTTLE
CLERK

# 2015CV02126

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date: 12/24/2015 3:32:18 PM
Accepted By: Leticia Silva
_Leticia Silva_
Deputy Clerk

## CAUSE NO. 2015CV02126

| | | |
|---|---|---|
| JUSTIN THOMPSON, | § | IN THE COUNTY COURT AT LAW |
| **Plaintiff,** | §<br>§<br>§ | |
| VS. | §<br>§ | NO. 10 |
| BILLY ALBERT TOMES D/B/A<br>BEXAR COUNTY CUSTOMS, | §<br>§<br>§ | |
| **Defendant.** | §<br>§ | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/28/2015 11:38:36 AM
KEITH E. HOTTLE
Clerk

## <u>APPELLANT BILLY ALBERT TOMES D/B/A BEXAR COUNTY CUSTOMS'<br>NOTICE OF RESTRICTED APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Under Rule 30 of the Texas Rules of Appellate Procedure, Appellant Billy Albert Tomes d/b/a Bexar County Customs, the Defendant in the above action, files this notice of restricted appeal to the Fourth Court of Appeals, Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205.

Appellant desires to appeal from a default judgment rendered in the above case against Defendant by the Honorable Judge Karen Crouch of County Court at Law No. 10 on June 26, 2015. Specifically, Appellant appeals from the following: 1) no finding of liability; 2) damages of $20,270.00 awarded on Plaintiff's breach of contract claim; 3) damages of $60,810.00 awarded on Plaintiff's deceptive trade practices claim; 4) damages of $20,270.00 and/or $523,000.00 awarded on Plaintiff's unjust enrichment claim; 5) damages of $20,270.00 awarded on Plaintiff's fraud claim; 6) the pre-judgment interest on the damages awarded; 7) punitive or exemplary damages of $100,000.00 awarded to Plaintiff; 8) post-judgment interest awarded; 9) the amount of attorney's fees and interest thereon awarded to Plaintiff; and 10) costs of court taxed against Defendant.

This is a restricted appeal. Appellant is a party affected by the trial court's judgment in that the entire judgment was awarded in favor of Plaintiff and against Appellant. However, Appellant did not participate, in person or through counsel, in the hearing that resulted in the default judgment of which Appellant complains. Appellant did not timely file a post-judgment motion, a request for findings of fact and conclusions of law, or a notice of appeal in this action.

Dated: <u>December 22, 2015.</u>

Respectfully submitted,

1

Submit Date: 12/22/2015 4:04:23 PM

**TOSCANO LAW FIRM, PC**
846 Culebra Road, Suite 104
San Antonio, TX 78201
(210) 732-6091
(210) 736-0439 fax
toscanolawfirm@gmail.com


BY:  /s/ Patrick J. Toscano
    PATRICK J. TOSCANO
    State Bar Number:  24025684
    VALERIA BENAVIDES
    State Bar Number:  24069363

### ATTORNEYS FOR APPELLANT


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered in accordance with Tex. R. App. P. 9.5 to the following counsel of record on this 22nd day of December, 2015.

Mr. Reed Greene
26254 IH 10 West, Suite 135
Boerne, Texas 78006
**Attorney for Plaintiff / Appellee Justin Thompson**
VIA FACSIMILE TRANSMISSION TO: 210-463-9241


    /s/ Patrick J. Toscano
    PATRICK J. TOSCANO
    VALERIA BENAVIDES